FILED

2015 MAY 27  AM 9: 13

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

NORTH FLORIDA SHIPYARDS, INC.,

   Plaintiff,

v.                                                                Case No: 3:15-cv-654-J32PDB

M/V AMERICANA,
her engines, tackle, apparel, etc.,
*in rem*,

   Defendant.

_____

### VERIFIED COMPLAINT IN REM

Comes now, the Plaintiff, North Florida Shipyards, Inc. ("NFS"), by and through its undersigned counsel, and sues Defendant M/V AMERICANA, her engines, tackle, apparel, etc., and alleges:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. This is an *in rem* action pursuant to Supplemental Rule C and Local Admiralty Rules 7.01, 7.02 and 7.03.

3. At all material times, Plaintiff NFS was a company operating a maritime shipyard, drydock and repair business in Jacksonville, Florida.

4. M/V AMERICANA, is, or will be during the pendency of the process, within this district, and within the jurisdiction of this Court.

5. On or about December 12, 2014 through April 5, 2015 NFS, on order of the owner of M/V AMERICANA, provided certain marine services, more fully described in the attached invoices and spreadsheets, all of which were necessary to maintain M/V AMERICANA in proper condition for navigation. In addition, NFS has, on order of the owner of M/V AMERICANA, provided berthing services to M/V AMERICANA during this time. Invoices and itemizations of these services is attached hereto as Composite Exhibit "A".

6. The various services furnished by NFS to M/V AMERICANA create a maritime lien for NFS and against M/V AMERICANA in the amount of $184,338, exclusive of interest and costs.

7. NFS has demanded of the owner of M/V AMERICANA payment for its services in the amount of $184,338. Although duly demanded, the charges have not been paid and the amount remains due and owing to NFS.

WHEREFORE, the Plaintiff demands:

1. That process in due form of law according to the rules and practice of this Court in causes of maritime and admiralty jurisdiction may issue against M/V AMERICANA, her engines, tackle, apparel, etc., citing all persons claiming any interest to appear and answer on oath all, and singular, the matters stated above.

2. That the Court issue a warrant to the U.S. Marshal for arrest of M/V AMERICANA subject to governing custodial regulations.

3. That this Court order and adjudge that M/V AMERICANA be condemned and sold to pay the amount due the Plaintiff, North Florida Shipyards, Inc. as aforesaid together with prejudgment interest, costs, and attorneys' fees, as well as any other relief the Court may deem just and proper.

Dated this 27TH day of May, 2015.

        MILTON, LEACH, WHITMAN,
        D'ANDREA & ESLINGER, P.A.

        /s/ C. Ryan Eslinger
        C. RYAN ESLINGER
        *reslinger@miltonleach.com*
        Florida Bar No. 0634859
        815 South Main Street, Suite 200
        Jacksonville, Florida 32207
        Tel. (904) 346-3800
        Fax (904) 346-3692