**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NORTH FLORIDA SHIPYARDS,
INC.,

    Plaintiff,

v.                                            Case No. 3:15-cv-654-J-32PDB

M/V AMERICANA, her engines,
tackle, apparel, etc., in rem,

    Defendant.

## **O R D E R**

Upon review of the plaintiff's Voluntary Dismissal with Prejudice (Doc. 4), filed on June 11, 2015, this case is dismissed with prejudice. Unless the parties have agreed otherwise, each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida at 11th day of June, 2015.

                                                        TIMOTHY J. CORRIGAN
                                                        United States District Judge

bjb
Copies:

Counsel of record